BEFORE THE FIRST DIVISION, SEPTEMBER 26, 1938

No. 39439.—Protests 651293–G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by McCLELLAND, P. J.   In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken on the number of board feet actually imported and the protests were accordingly sustained.

No. 39440.—Protest 931052–G of Goff & Page Co. (Providence).

Opinion by FIRST DIVISION.   The protest was dismissed.

BEFORE THE SECOND DIVISION, SEPTEMBER 26, 1938

No. 39441.—Protest 380221–G of Brooks Bros. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39442.—Protests 346834–G, etc., of Henri Bendel, Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39443.—Protests 222826–G, etc., of John Heathcoat & Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39444.—Protests 158928–G, etc., of Max Horn & Bros. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.